ARUNAH W. HYDE v. ARETUS HASKELL.

THIS was a petition for a new trial, in a cause, in which judgment had been rendered by the county court, on default. The application was founded upon the 17th section of the act of Nov. 7, 1825.

By the Court.—This case is the same, in principle, as that of *Scott* v. *Stewart*, 5 Vt. R. 57, and, upon the authority of that case, the petition is dismissed.

*W. Upham*, for petitioner.
*W. Hebard*, for petitionee.